This memorandum is uncorrected and subject to revision before publication in the New York Reports.
--------------------------------------------------------------------

No. 69  SSM 43
In the Matter of County of
Broome,
          Respondent,
        v.
Nirav R. Shah, &c., et al.,
          Appellants.


          Submitted by Victor Paladino, for appellants.
          Respondent, precluded.




*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

On review of submissions pursuant to section 500.11 of the Rules, order reversed, without costs, petition dismissed in its entirety, and a declaration made in favor of respondents Nirav R. Shah, &c., et al. that section 61 of part D of Chapter 56 of the Laws of 2012 has not been shown to be unconstitutional (see Matter of County of Chemung v Shah, 28 NY3d 244 [2016]).  Chief Judge DiFiore and Judges Rivera, Abdus-Salaam, Garcia and Wilson concur.  Judges Stein and Fahey took no part.


Decided February 16, 2017